**Dismissed and Memorandum Opinion filed November 19, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00550-CR

**ERNEST JAVON WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1636728**

## MEMORANDUM  OPINION

The trial court entered a judgment adjudicating appellant's guilt. Pursuant to a plea-bargain, the trial court sentenced appellant to 3 years in prison. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports

the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On October 4, 2024, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)